IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN MICHAEL BALL,<br><br>Defendant. | CR 18-112-BLG-SPW<br><br><br>ORDER |

Upon the Court's judgment imposing a sentence of time served (Doc. 91) and the Court's order releasing the Defendant from the custody of the U.S. Marshal's Service (Doc. 90),

IT IS HEREBY ORDERED that the Defendant's Motion Requesting Court Intervention Against U.S. Marshal's Complacency (Doc. 88) is DENIED as moot.

DATED this 26th day of June, 2025.

SUSAN P. WATTERS
United States District Judge